RALPH HENRY, Respondent, *v.* JOSEPH AGOSTINI, ROBERT TAILER and WILLIAM H. TAILER, Appellants.

THIS is an appeal from a judgment entered for money only, by consent, in an action to foreclose a mechanic's lien.

*Henry L. Burnett*, for appellants.

*Stewart & Macklin*, for respondent.

CONLAN, J. The specific questions of fact found by the learned judge who tried this case were warranted by the evidence, and his conclusions of law naturally follow.

No errors of law were committed on the trial, and the judgment appealed from must be affirmed, with costs.

FITZSIMONS, J., concurs.

Judgment affirmed, with costs.